IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUILLERMO DIAZ,

        Plaintiff,

v.                                                                           CIV 12-0612 JCH/KBM

RIO ARRIBA COUNTY DETENTION
CENTER, DETENTION ADMINISTRATOR
LARRY DEYAPP, ASSISTANT ADMINISTRATOR
DENNIS HERRERA, and HUMAN RESOURCES
DIRECTOR JESSICA MADRID, in their Individual and
Official Capacities,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 19, 2012, and granted Plaintiff additional time to file objections. *See Docs. 23, 24.* The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not redelivered as ordered.

Wherefore,

**IT IS HEREBY ORDERED that** the proposed findings are adopted, Defendants' motion for summary judgment is granted, this action is dismissed, and a final order enter concurrently herewith.

                                                                    _____
                                                            UNITED STATES DISTRICT COURT JUDGE